In the Matter of STEPHEN ZELUCK, as President of the New Rochelle Federation of Teachers, et al., Appellants, v. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW ROCHELLE, Respondent, and LOUIS J. LEFKOWITZ, Attorney-General of the State of New York, Intervenor-Respondent.—

CLARE J. HOYT at the Special Term. Munder, Acting P. J., Martuscello, Shapiro, Christ and Benjamin, JJ., concur. [62 Misc 2d 274.]